```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                              :
CITY OF PROVIDENCE, RHODE ISLAND,                             :
individually and on behalf of all others similarly situated,  :
                    Plaintiff,                                :
                                                              :   14-CV-2811 (JMF)
         -v-                                                  :
                                                              :
BATS GLOBAL MARKETS, INC. et al.,                             :
                    Defendants.                               :
                                                              :
------------------------------------------------------------------------X
                                                              :
AMERICAN EUROPEAN INSURANCE COMPANY,                          :
individually and on behalf of all others similarly situated,  :
                    Plaintiff,                                :
                                                              :   14-CV-3133 (JMF)
         -v-                                                  :
                                                              :
BATS GLOBAL MARKETS, INC. et al.,                             :
                    Defendants.                               :
                                                              :
------------------------------------------------------------------------X
                                                              :
HAREL INSURANCE CO, LTD., individually and on                 :
behalf of all others similarly situated,                      :
                    Plaintiff,                                :
                                                              :   14-CV-3608 (JMF)
         -v-                                                  :
                                                              :
BATS GLOBAL MARKETS, INC. et al.,                             :
                    Defendants.                               :
                                                              :
------------------------------------------------------------------------X
                                                              :
JAMES J. FLYNN et al., individually and on behalf of all      :
others similarly situated,                                    :
                    Plaintiffs,                               :   14-CV-4321 (JMF)
                                                              :
         -v-                                                  :        ORDER
                                                              :
BANK OF AMERICA CORPORATION et al.,                           :
                    Defendants.                               :
------------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _06/30/2014_

JESSE M. FURMAN, United States District Judge:

The upcoming conference in this case, scheduled to take place on **July 9, 2014**, at **3:30 p.m.**, will take place in **Courtroom 506** of the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York.  Please note that this is *not* the undersigned's regular courtroom.  Counsel shall check in with the Courtroom Deputy at least fifteen minutes in advance.  Counsel should arrive at the Courthouse with sufficient time to go through security.  Seats in the courtroom may not be reserved.

SO ORDERED.

Date:   June 30, 2014
        New York, New York

_____
JESSE M. FURMAN
United States District Judge